AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>SPARKS, SAM | 2. Court or Organization<br><br>DISTRICT COURTS--Texas Western | 3. Date of Report<br><br>05/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE ARTICLE III JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>200 West Eighth St., Suite 100<br>Austin, Texas 78701-2333 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 10 A 11:29 DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Sparks, Sam

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | March 6, 2009 | San Antonio, Texas | Educational Seminar | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3 | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Condominium (20%) | | None | L | T | | | | | |
| 2. | | | | | | | | | |
| 3. CASH ACCOUNTS: | | | | | | | | | |
| 4. American Bank of Commerce | B | Interest | M | T | | | | | |
| 5. Chase Bank of Texas Accounts | A | Interest | M | T | | | | | |
| 6. RBC Prime Money Market Fund (formerly Dain Rauscher account | C | Dividend | M | T | | | | | |
| 7. Citibank | B | Interest | | | Closed | 05/27/09 | M | B | Market |
| 8. Frost Bank | A | Interest | M | T | Open | 05/27/09 | M | | Market |
| 9. | | | | | | | | | |
| 10. STOCKS: | | | | | | | | | |
| 11. Occidental Petroleum | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. TAXABLE FIXED INCOME (CDs): | | | | | | | | | |
| 14. Comerica Bk Detroit Mich | A | Interest | | | Redeemed | 08/07/09 | L | C | Market |
| 15. Doral Bk Catano PR | A | Interest | | | Redeemed | 06/12/09 | L | A | Market |
| 16. | | | | | | | | | |
| 17. BONDS: | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Allen TX ISD GO | A | Interest | | | Redeemed | 02/17/09 | J | A | Market |
| 19. Allen TX ISD GO | A | Interest | J | T | | | | | |
| 20. Allen TX ISD GO | A | Interest | J | T | | | | | |
| 21. Arlington TX ISD | A | Interest | | | Redeemed | 02/17/09 | K | A | Market |
| 22. Austin TX Community College | B | Interest | K | T | | | | | |
| 23. Austin Tx GO | A | Interest | K | T | | | | | |
| 24. Austin TX Higher Ed Auth | A | Interest | J | T | | | | | |
| 25. Barbers Hill TX GO | A | Interest | K | T | | | | | |
| 26. Baytown Tx GO | B | Interest | K | T | | | | | |
| 27. Bexar Cnty Tx GO | A | Interest | K | T | | | | | |
| 28. Brazosport TX ISD | A | Interest | K | T | Buy | 08/26/09 | K | | Market |
| 29. Canadian River Mun. Tx. Rv. | B | Interest | K | T | | | | | |
| 30. Canyon TX ISD GO | A | Interest | K | T | | | | | |
| 31. Carrollton TX GO | A | Interest | K | T | | | | | |
| 32. Cedar Hill TX ISD | A | Interest | J | T | | | | | |
| 33. Cedar Park TX Util Sys | B | Interest | K | T | | | | | |
| 34. Columbia & Brazoria Co. GO | B | Interest | | | Redeemed | 02/02/09 | K | A | Market |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Columbia & Brazoria GO | B | Interest | K | T | | | | | |
| 36. Comal TX ISD | A | Interest | J | T | | | | | |
| 37. Comal TX ISD (incorrectly listed in 2008 as "Coman") | A | Interest | J | T | | | | | |
| 38. Collin Co. TX GO | B | Interest | K | T | | | | | |
| 39. Crowley TX ISD GO | A | Interest | K | T | | | | | |
| 40. Crowley TX ISD GO | A | Interest | K | T | | | | | |
| 41. Cypress-Fairbanks TX ISD | A | Interest | K | T | Buy | 08/05/09 | K | | Market |
| 42. Dallas TX GO | A | Interest | J | T | | | | | |
| 43. Dallas TX ISD | A | Interest | K | T | Buy | 10/15/09 | K | | Market |
| 44. Dallas TX ISD | A | Interest | K | T | | | | | |
| 45. Del Valle TX ISD | A | Interest | K | T | Buy | 03/11/09 | K | | Market |
| 46. Del Valle TX ISD GO | A | Interest | K | T | | | | | |
| 47. Denton TX Util. Sys. | A | Interest | K | T | | | | | |
| 48. Dickinson TX ISD GO | B | Interest | K | T | | | | | |
| 49. Duncanville TX ISD | A | Interest | K | T | | | | | |
| 50. Eagle Mtn. & Saginaw GO | A | Interest | K | T | | | | | |
| 51. El Paso TX GO | A | Interest | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Forney TX ISD GO | A | Interest | | | Redeemed | 09/08/09 | J | A | Market |
| 53. Forney Tx ISD GO | A | Interest | | | Redeemed | 08/17/09 | J | A | Market |
| 54. Ft. Worth TX ISD GO | A | Interest | K | T | | | | | |
| 55. Frisco Tx ISD GO | A | Interest | | | Redeemed | 12/01/09 | K | A | Market |
| 56. Galveston TX Wtrwks | A | Interest | K | T | | | | | |
| 57. Goose Creek TX Cons Indpt | A | Interest | K | T | Buy | 03/13/09 | K | | Market |
| 58. Grapevine TX GO | A | Interest | J | T | | | | | |
| 59. Grapevine TX Wtr Swr | A | Interest | | | Redeemed | 09/01/09 | J | A | Market |
| 60. Harlandale TX ISD GO | A | Interest | J | T | | | | | |
| 61. Harris Cnty TX Flood GO | A | Interest | | | Redeemed | 10/01/09 | K | A | Market |
| 62. Hawkins TX ISD GO | A | Interest | K | T | | | | | |
| 63. Highland Park TX ISD | A | Interest | | | Redeemed | 02/17/09 | J | A | Market |
| 64. Houston TX RFDG Pub Impt | A | Interest | L | T | Buy | 08/25/09 | L | | Market |
| 65. Humble TX ISD | A | Interest | K | T | | | | | |
| 66. Huntsville TX Ind GO | A | Interest | | | Redeemed | 08/17/09 | J | A | Market |
| 67. Irving TX Wtr Wk Swr | A | Interest | K | T | | | | | |
| 68. Judson TX ISD | A | Interest | | | Redeemed | 02/02/09 | J | A | Market |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Lampasas TX ISD | A | Interest | L | T | | | | | |
| 70. Lancaster TX ISD GO | A | Interest | K | T | | | | | |
| 71. La Vernia TX ISD | A | Interest | K | T | Buy | 10/15/09 | K | | Market |
| 72. Leander TX ISD GO | A | Interest | K | T | | | | | |
| 73. Lewisville TX ISD GO | A | Interest | | | Redeemed | 08/17/09 | J | A | Market |
| 74. Lindale TX ISD GO | A | Interest | J | T | | | | | |
| 75. Lower Colo. Riv. Auth. Tex. Rev. | A | Interest | L | T | | | | | |
| 76. Lubbock TX Elec. Lt & Pwr. | A | Interest | J | T | | | | | |
| 77. Lubbock TX GO | A | Interest | K | T | | | | | |
| 78. Lufkin TX Wtrwks | A | Interest | J | T | | | | | |
| 79. McKinney TX ISD | A | Interest | K | T | Buy | 08/25/09 | K | | Market |
| 80. Meridan TX ISD GO | A | Interest | J | T | | | | | |
| 81. Midcountry Bk Metropolis. Ill | A | Interest | | | Redeemed | 08/28/09 | L | A | Market |
| 82. New Braunfels TX ISD | A | Interest | K | T | Buy | 03/09/09 | K | | Market |
| 83. New Braunfels TX Util Rev | A | Interest | K | T | Buy | 10/20/09 | K | | Market |
| 84. New Caney TX ISD GO | A | Interest | K | T | | | | | |
| 85. North Forest ISD GO | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Northwest TX ISD | A | Interest | J | T | Buy | 10/15/09 | J | | Market |
| 87. Orange TX GO | A | Interest | K | T | | | | | |
| 88. Pearland TX ISD GO | A | Interest | K | T | | | | | |
| 89. Pflugerville TX GO | A | Interest | K | T | | | | | |
| 90. Plano TX GO | A | Interest | K | T | | | | | |
| 91. Plano TX GO BDS | A | Interest | L | T | Buy | 08/25/09 | L | | Market |
| 92. Richardson TX ISD | A | Interest | J | T | Buy | 10/19/09 | J | | Market |
| 93. Sam Rayburn TX Mun Pwr | A | Interest | J | T | | | | | |
| 94. San Angelo TX GO | A | Interest | K | T | | | | | |
| 95. San Antonio TX Rev | A | Interest | K | T | | | | | |
| 96. San Marcos TX GO | B | Interest | | | Redeemed | 08/17/09 | K | A | Market |
| 97. San Marcos TX GO PSF | A | Interest | K | T | | | | | |
| 98. Sealy TX ISD GO | A | Interest | K | T | | | | | |
| 99. Seguin TX GO | B | Interest | K | T | | | | | |
| 100. Sheldon TX ISD GO | A | Interest | J | T | | | | | |
| 101. Southlake TX GO | A | Interest | K | T | | | | | |
| 102. Splendora TX ISD | A | Interest | K | T | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4) F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3) N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Texas St GO | A | Interest | K | T | | | | | |
| 104. Travis Co TX GO | A | Interest | | | Redeemed | 03/02/09 | J | A | Market |
| 105. Williamson Cnty TX Rd | A | Interest | K | T | | | | | |
| 106. UT Austin Rev. | B | Interest | K | T | | | | | |
| 107. | | | | | | | | | |
| 108. DAIN, RAUSCHER IRA: | | | | | | | | | |
| 109. American Balance | E | Dividend | O | T | Buy (add'l) | 01/22/09 | N | | Market. SEe Note in VIII. |
| 110. Bristol Myers Squibb Co. | B | Dividend | K | T | | | | | |
| 111. Chevron-Texaco Corp. | D | Dividend | N | T | | | | | |
| 112. Friede Goldman Halter | | None | J | T | | | | | |
| 113. Genitope Corp. | | None | J | T | | | | | |
| 114. Gov't Nat'l MTG Assn. II Pool 3663 | B | Interest | K | T | | | | | |
| 115. Gov't Nat'l MTG Assn. II Pool 622080 | B | Interest | K | T | | | | | |
| 116. Gov't Nat'l MTG Assn. II Pool 3700 | C | Interest | L | T | | | | | |
| 117. Gov't Nat'l MTG Assn. II Pool 3709 | C | Interest | L | T | | | | | |
| 118. Gov't Nat'l MTG Assn. II Pool 3772 | B | Interest | L | T | | | | | |
| 119. Gov't Nat'l MTG Assn. II Pool 3664 | C | Interest | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Gov't Nat'l MTG Assn. II Pool 3747 | D | Interest | M | T | | | | | |
| 121. Govt Natl MTG Assn II Pool #1 (Reassigned Pool 579546) | A | Interest | J | T | | | | | |
| 122. Govt Natl MTG Assn II Pool #2 (Reassigned Pool 3228) | A | Interest | J | T | | | | | |
| 123. Govt Natl MTG Assn II Pool #3 (Reassigned Pool 3542) | A | Interest | K | T | | | | | |
| 124. Govt Natl MTG Assn II Pool #4 (Reassigned Pool 3554) | A | Interest | K | T | | | | | |
| 125. Govt Natl MTG Assn II Pool #5 (Reassigned Pool 3556) | D | Interest | N | T | | | | | |
| 126. Govt Natl MTG Assn II Pool #6 (Reassigned Pool 003595) | C | Interest | M | T | | | | | |
| 127. Govt Natl Mtg Assn Pool #3851 | D | Interest | M | T | | | | | |
| 128. Govt Natl Mrg Assn Pool #003830 | C | Interest | K | T | | | | | |
| 129. Govt Natl Mtg Assn Pool #003795 | B | Interest | K | T | | | | | |
| 130. Halliburton | A | Dividend | K | T | | | | | |
| 131. Spanish Broadcasting, Inc. | | None | J | T | | | | | |
| 132. Steris Corp. | B | Dividend | K | T | | | | | |
| 133. RBC Prime Money Market Fund-formerly Tamarack Investment FDS | A | Interest | J | T | | | | | |
| 134. | | | | | | | | | |
| 135. MISCELLANEOUS: | | | | | | | | | |
| 136. LRF Limited Pship | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. [____] - SEPARATE PROPERTY | | | | | | | | | |
| 139. EDWARD JONES -- | | | | | | | | | |
| 140. Capital Income Builder Fund | B | Dividend | L | T | | | | | |
| 141. Goldman Sachs Cap-A | | None | J | T | | | | | |
| 142. Growth Fund of Am. | A | Dividend | L | T | | | | | |
| 143. Tax Exempt Bond Fd of Am | E | Interest | K | T | | | | | |
| 144. Van Kampen Comstock | | None | J | T | | | | | |
| 145. | | | | | | | | | |
| 146. BENIFICIARY- [____] Trustee IRA [____] | C | Distribution | M | T | | | | | |
| 147. American Mutual Fund Inc | A | Dividend | K | T | | | | | |
| 148. Bond Fund of American Inc | A | Dividend | K | T | | | | | |
| 149. Capital World Growth | A | Dividend | L | T | | | | | |
| 150. | | | | | | | | | |
| 151. IRA-EDWARD JONES CUSTODIAN | | | | | | | | | |
| 152. Hartford Cap. Appreciation CLA | D | Dividend | K | T | | | | | |
| 153. Hartford Global Leaders CLA | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Hartford Stock Fund CLA | D | Dividend | J | T | | | | | |
| 155. Annuity-Sunamerican Life Insurance Polaris Variable Annuity | A | Dividend | L | T | | | | | |
| 156. Property - DeBaca Co, New Mexico | | None | J | W | | | | | |
| 157. Property - Brewster Co, TX | | None | J | W | | | | | |
| 158. Royalty Interest - Upton Co, TX | A | Royalty | J | W | | | | | |
| 159. Royalty Interest - Palo Pinto Co, TX | A | Royalty | J | W | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C = $2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q - Appraisal   R =Cost (Real Estate Only)   S - Assessment   T =Cash Market
(See Column C2)   U - Book Value   V - Other   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 109. Transactions during period 01-22 through 12-22 where earned dividend was reinvested each month.

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS. SAM | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544